IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00249-BNB

JAMES D. VAN NOY, aka JAMES VAN NOY, aka JAMES DANIEL VAN NOY, aka JAMES VANNOY, aka JAMES DANIEL VANNOY,

    Plaintiff,

v.

DAVID BERKEBILE,
G. HALL,
ANTHONY OSAGIE,
DAVID ALLRED,
BETHANY KASDON,
JOHN DOE,
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED February 21, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge