**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 14-cv-0249-WJM-BNB

JAMES VAN NOY

    Plaintiff,

v.

DAVID BERKEBILE,
G. HALL,
ANTHONY OSAGIE,
DAVID ALLRED,
FEDERAL BUREAU OF PRISONS,
BETHANY KADSON, and
JOHN DOE

    Defendant.

---

**ORDER GRANTING MOTION FOR DISMISSAL**

---

This matter comes before the Court on Plaintiff's Motion to Terminate This Case and Apologize to Court, filed March 18, 2014 (ECF No. 17).  The Court construes Plaintiff's Motion as a Motion for Voluntary Dismissal pursuant to Fed.R.Civ.P 41(a)(1)(A)(I) as the opposing party has not filed an Answer or a Motion for Summary Judgment.  The Court therefore hereby ORDERS as follows:

The Plaintiff's Motion to Dismiss is GRANTED.  The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 19th day of March, 2014.

                                        BY THE COURT:

                                        William J. Martínez
                                        United States District Judge