IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00249-WJM-BNB

JAMES VAN NOY,

Plaintiff,

v.

DAVID BERKEBILE,
G. HALL,
ANTHONY OSAGIE,
DAVID ALLRED,
FEDERAL BUREAU OF PRISONS,
BETHANY KADSON, and
JOHN DOE,

Defendants.

## ORDER

This matter is before me on the plaintiff's **Motion for Injunction** [Doc. #19, filed 04/02/2014] (the "Motion"). The plaintiff is currently incarcerated by the Federal Bureau of Prisons at the United States Prison, Administrative Maximum in Florence, Colorado. He seeks injunctive relief against another prisoner. However, this case was terminated on March 19, 2014. The plaintiff must commence a new action to pursue the relief requested in the Motion.

IT IS ORDERED that the Motion [Doc. # 19] is STRICKEN.

Dated May 22, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge